UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24734-CIV-KING/TORRES

LINDA BLANCHARD,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (D.E. #13) filed September 19, 2016, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The **Pretrial Conference** previously set for **April 14, 2017** and the **Trial** previously set for **June 5, 2017** are hereby CANCELED.

4.     The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 20th day of September, 2016.

                                                  JAMES LAWRENCE KING  
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:  
All Counsel of Record